CHRIS SPICCIA, RESPONDENT, v. PATERSON SILK THROWING CO., INC., APPELLANT.

Argued May 19, 1942—Decided September 18, 1942.

For the respondent, *Hymen D. Goldberg.*

For the appellant, *Herman Shapiro.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, BODINE, DONGES, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 12.

*For reversal*—None.